**UNITED STATES of America,**

v.

**FIFTY–TWO FIREARMS,**

**No. 6:04CV1658ORL18JGG.**

United States District Court,
M.D. Florida,
Orlando Division.

March 23, 2005.

Daniel W. Eckhart, U.S. Attorney's Office Middle District of Florida, Orlando, FL, for United States of America.

G. KENDALL SHARP, District Judge.

The court adopts this order.

So ordered,